UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE PANOS,<br><br>    Plaintiff,<br><br>v.<br><br>ORINDA HOLDINGS, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-00492-TSH<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CMC** |

On May 3, 2019, the Court granted the parties' stipulation requesting a case management conference. ECF No. 56. The Court scheduled the conference to take place on May 23, 2019 and ordered the parties to file a joint case management statement by May 16, 2019. *Id.* However, on May 16, Plaintiff Pete Panos filed a Unilateral Case Management Statement, explaining that his counsel provided a draft joint statement to counsel for Defendants Orinda Holdings, LLC and Orinda Care Center, LLC, but defense counsel did not return a completed statement for filing. ECF No. 57. Based on their failure to comply with court orders and deadlines, the Court **ORDERS** Defendants to show cause why default should not be entered against them. Defendants shall file a declaration by May 23, 2019. No chambers copies are required. The Court **ORDERS** Defendants to appear for an order to show cause hearing on May 30, 2019 at 10:00 a.m. in Courtroom A. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Defendants do not intend to defend against this case and default will be entered accordingly.</u> Thus, it is imperative the Court receive a written response by May 23, 2019.

The May 23, 2019 case management conference is **CONTINUED** to May 30, 2019 at 10:00 a.m. Defendants are **ORDERED** to file their portion of the case management statement by May 23, 2019. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: May 20, 2019

THOMAS S. HIXSON
United States Magistrate Judge