UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE PANOS,<br><br>        Plaintiff,<br><br>    v.<br><br>ORINDA HOLDINGS, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-00492-TSH<br><br>**ORDER TO SHOW CAUSE** |

As the ADR unit appointed a mediator on November 27, 2019 and there had been no further docket activity, the Court ordered the parties to file a joint status report by February 18, 2020. ECF No. 72. In their report, the parties indicated that Plaintiff Pete Panos recently passed away and Plaintiff's counsel was working to reach his heirs to obtain authority for the next steps. ECF No. 73. Based on the report, the Court ordered the parties to file an updated joint status report by March 18, 2020. ECF No. 74. No update has been received.

Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 2, 2020. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: March 19, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge